**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6426**

KEVIN PORTER,

            Petitioner - Appellant,

       v.

GEORGE SNYDER,

            Respondent - Appellee,

       and

UNITED STATES PAROLE COMMISSION,

            Respondent.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:07-hc-02093-BO)

Submitted:  July 31, 2008        Decided:  August 8, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Porter, Appellant Pro Se.  Steve R. Matheny, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Porter, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Porter v. Snyder</u>, No. 5:07-hc-02093-BO (E.D.N.C. Mar. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>